## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC EMPLOYEES FOR ) <br> ENVIRONMENTAL RESPONSIBILITY; ) <br> WESTERN WATERSHEDS PROJECT, ) <br> 962 Wayne Ave., Suite 610 ) <br> Silver Spring, MD 20910 ) <br>     *Plaintiffs*, ) <br> ) <br>     v. ) <br> ) <br> ) <br> DAVID BERNHARDT, Secretary of the Interior, ) <br> in his official capacity; WILLIAM PENDLEY ) <br> Deputy Director, Bureau of Land Management, ) <br> in his official capacity; and DAVID VELA, ) <br> Deputy Director, National Park Service, ) <br> in his official capacity, ) <br> 1849 C Street, N.W. ) <br> Washington, D.C. 20240 ) <br>     *Defendants.* ) <br> _____) | Civil Action No. 20-1224-TSC <br><br><br><br> **PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE A SECOND SUPPLEMENTAL COMPLAINT** |

Plaintiffs Public Employees for Environmental Responsibility (PEER) and Western Watersheds Project move the Court unopposed for leave to file the appended Proposed Second Supplemental Complaint which asserts new facts supporting Plaintiffs' claims under the Federal Vacancies Reform Act ("FVRA"), 5 U.S.C. §§ 3345-3349d, based on occurrences after the filing of the original and the first supplemental Complaint. This motion is supported by the appended Declaration of Peter T. Jenkins (Jenkins Decl.). As is set forth in the Jenkins Decl.:

1. He attaches two documents in support. They are:

    **Ex. 1.** Plaintiffs' first Supplemental Complaint, ECF No. 7, filed on July 7, 2020. This filing was after the Court granted Plaintiffs' Motion for Leave to file it, by Minute Order ECF No. 6, of the same day.

1

        **Ex. 2.** Plaintiffs' proposed Second Supplemental Complaint.

2. The basic facts that led to the need for the second supplemental complaint are in this National Park Service Press Release, "Secretary Bernhardt Designates Margaret Everson to Exercise the Delegable Authority of the Director of the National Park Service," dated August 7, 2020 (at:https://www.doi.gov/pressreleases/secretary-bernhardt-designates-margaret-everson-exercise-delegable-authority-director ). It explains that the former Defendant, David Vela, has been replaced by Margaret Everson in the position "exercising the Authority of the Director". The proposed second supplemental complaint substitutes her for him but it adds no other new parties, causes of action, or requests for relief.

3. Mr. Jenkins conferred on this motion with opposing counsel, Bradley Craigmyle, Trial Attorney, U.S. Department of Justice. The latter stated that "Defendants do not oppose" the motion. The parties also have the understanding that this second supplemental filing does not change the date for the agency to file its Answer or other responsive pleading, that is, by September 14, 2020.

**Rule**

This motion is based on Federal Rules of Civil Procedure Rule 15(d), Amended and Supplemental Pleadings.

**Analysis**

Much like motions to amend complaints before trial under Rule 15(a), motions to file supplemental pleadings "are to be 'freely granted when doing so will promote the economic and speedy disposition of the entire controversy between the parties, will not cause undue delay or trial

inconvenience, and will not prejudice the rights of any of the other parties to the action.'" *Hall v. Cent. Intelligence Agency,* 437 F.3d 94, 101 (D.C. Cir. 2006), quoting 6A Charles Alan Wright et Al., *Federal Practice And Procedure* § 1504, at 186-87 (2d ed. 1990).

In view of the liberal leave to file supplemental complaints under Rule 15(d) and the lack of any opposition by the Defendants, the Court should grant this Unopposed Motion for Leave to File a Second Supplemental Complaint. A Proposed Order is included. It sets forth that the Defendants should file their Answer to the new complaint, or other responsive pleading, by September 14, 2020, per the prior agreement of the parties.

Dated: August 19, 2020

Respectfully submitted,

Peter T. Jenkins
D.C. Bar No. 477229
Paula Dinerstein
D.C. Bar No. 333971
Public Employees for Environmental Responsibility
962 Wayne Ave., Suite 610
Silver Spring, MD 20910
202.265.4189 (tel.)
pjenkins@peer.org
pdinerstein@peer.org