# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY; WESTERN WATERSHEDS PROJECT, 962 Wayne Ave., Suite 610 Silver Spring, MD 20910<br>*Plaintiffs*,<br><br>v.<br><br>SCOTT DE LA VEGA, Acting Secretary of the Interior in his official capacity; MICHAEL D. NEDD, Deputy Director, Bureau of Land Management, in his official capacity; SHAWN BENGE, Deputy Director National Park Service, in his official capacity, 1849 C Street, N.W. Washington, D.C. 20240<br>*Defendants.* | Civil Action No. 20-1224-TSC |

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) on voluntary dismissal without a court order, all of the parties to this action hereby stipulate to entirely dismiss this action without prejudice, with each party to bear its own costs.[1]

---

[1] Under Rule 25(d) of the Federal Rules of Civil Procedure, Mr. de la Vega is automatically substituted as a party for former Secretary of the Interior David Bernhardt; Mr. Nedd is automatically substituted for former Deputy Director William Pendley as the senior official performing the duties of the Director of the Bureau of Land Management; and Mr. Benge is automatically substituted for Margaret Everson as the senior official performing the duties of the Director of the National Park Service.

1

Dated: February  12 , 2021

Respectfully submitted,

/s/ Peter T. Jenkins

Peter T. Jenkins
D.C. Bar No. 477229
Paula Dinerstein
D.C. Bar No. 333971
Public Employees for Environmental
Responsibility 962 Wayne Ave., Suite 610
Silver spring, MD 20910
202.265.4189 (tel.)
pjenkins@peer.org
pdinerstein@peer.org

**ATTORNEYS FOR ALL PLAINTIFFS**

BRIAN M. BOYNTON
*Acting Assistant Attorney General*
Civil Division

CHRISTOPHER R. HALL
*Assistant Branch Director*

*/s/ Chetan A. Patil*
CHRISTOPHER D. DODGE
(MA Bar No. 696172)
MICHAEL DREZNER (VA Bar No. 83836)
CHETAN A. PATIL (DC Bar No. 999948)
BRADLEY CRAIGMYLE
*Trial Attorneys*
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box No. 883
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 305-4968
Facsimile: (202) 616-8460
Email: chetan.patil@usdoj.gov

*Counsel for Defendants*